```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF ARKANSAS
                  EL DORADO DIVISION
```

PAMELA JACKSON o/b/o
DECARIUS JACKSON                                      PLAINTIFF

v.                      Case No. 05-1097

JO ANNE B. BARNHART,
Commissioner of the Social
Security Administration,                              DEFENDANT

### J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED AND ADJUDGED this 17th day of January 2007.

                                        /s/ Robert T. Dawson
                                        HONORABLE ROBERT T. DAWSON
                                        UNITED STATES DISTRICT JUDGE